

FILED

MAR - 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS WATERS, JR                           *
c/o Krieger & Zaid, PLLC                    *
1920 N Street, N.W., Ste 300                *
Washington, D.C. 20036                      *
                                            *
        Plaintiff,                          *   CASE NUMBER 1:06CV00383
                                            *
    v.                                      *   JUDGE: Reggie B. Walton
                                            *
                                            *   DECK TYPE: TRO/Preliminary Injunction
CENTRAL INTELLIGENCE AGENCY                 *
Washington, D.C. 20505                      *   DATE STAMP: 03/03/2006
                                            *
        Defendant.                          *
*   *   *   *   *   *   *   *   *   *   *   *

### PLAINTIFF'S MOTION FOR LEAVE TO FILE COMPLAINT USING COUNSEL'S ADDRESS IN VIOLATION OF LCVR 5.1 (e)

NOW COMES the plaintiff, by and through his undersigned counsel, to hereby respectfully seek leave of this Court to file his Complaint against the defendant without using his home address. Instead, he requests to use his counsel's office address with the granting of a waiver of LCvR 5.1(e). As grounds therefor, the plaintiffs submit the attached declaration of their counsel, Mark S. Zaid, Esq., to support their request. A proposed Order also accompanies this Motion.

Dated: March 3, 2006

                                    Respectfully submitted,

                                    /s/ Mark S. Zaid
                                    Mark S. Zaid, Esq.
                                    DC Bar #440532
                                    Krieger & Zaid, PLLC
                                    1920 N St., N.W.
                                    Suite 300
                                    Washington, D.C. 20006
                                    (202) 454-2809
                                    ZaidMS@aol.com

                                    Attorney for Plaintiff

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS WATERS, JR      *
                       *
    Plaintiff,         *
                       *
                       *  Civil Action No: 06-_____
    v.                 *
                       *
CENTRAL INTELLIGENCE AGENCY  *
                       *
    Defendant.         *
*  *  *  *  *  *  *  *  *  *  *  *

### DECLARATION OF MARK S. ZAID, ESQ.

The undersigned hereby declares as follows:

1. I am a person over eighteen (18) years of age and competent to testify. I make this Declaration on personal knowledge. This Declaration is submitted in support of the plaintiff's Motion to Leave to File Complaint Using Counsel's Address in Violation of LCvR 5.1 (e).

2. I am the attorney for the plaintiff in this matter and I am a partner in the Washington, D.C. law firm of Krieger & Zaid, PLLC. I am admitted to practice law in the States of New York, Connecticut and the District of Columbia, as well as the D.C. Circuit, Second Circuit and Fourth Circuit Court of Appeals, and the United States District Courts for the District of Columbia, Maryland, Eastern District of New York, Northern District of New York and the Southern District of New York. I have been litigating cases involving the federal government for more than a decade. I routinely prosecute lawsuits asserting challenges under the Freedom of Information Act, 5 U.S.C. § 552, and Privacy Act, 5 U.S.C. § 552a, and actively represent individuals associated with or within the intelligence, law enforcement or military communities. Since 1998, I have also served as the Executive Director of The James Madison Project (www.jamesmadisonproject.org), which seeks to educate the public on secrecy and national security issues.

06 0383

FILED

MAR - 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3. The plaintiff participated in the first CIA training class that followed the tragic terrorist attacks of September 11, 2001. He entered on duty on July 15, 2002, as a member of Class 11 in the Directorate of Operations, and left the CIA on March 5, 2004. This litigation is likely to receive a substantial amount of publicity. The plaintiff's book is scheduled for publication on April 6, 2006, and orders are already being accepted on www.Amazon.com. I often handle these types of prepublication cases against the Government, and especially the Central Intelligence Agency, and members of the media no doubt will contact me in an effort to locate and speak to the plaintiff. The fact that he is also a former CIA intelligence analyst, and now currently a senior intelligence contract analyst for the Department of Defense, will be of potential interest to foreign intelligence services. In order to protect his privacy, and additionally in light of the fact that the plaintiff works in a classified environment, it is imperative to keep his home address confidential. Providing his home address in an open forum is irrelevant to the legal or factual issues presented in this case and will in no way prejudice the defendant. This Court has granted identical relief in many of my other intelligence related cases, and most recently in Shaffer et al. v. Defense Intelligence Agency et al., Civil Action No. 06-271 (D.D.C.)(GK).

4. Of course, should either the defendant or this Court wish to know the plaintiff's home address, the plaintiff certainly has no objection to providing that information under seal.

I do solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge.

Date: March 3, 2006

Mark S. Zaid, Esq.
Attorney for Plaintiff

2