**FILED**

MAR - 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

THOMAS WATERS, JR            *
c/o Krieger & Zaid, PLLC        *
1920 N Street, N.W., Ste 300    *
Washington, D.C. 20036        *
                                 *
     Plaintiff,                  *
                                 *   Civil Action No: 06-_____
    v.                            *
                                 *   **06 0383**
CENTRAL INTELLIGENCE AGENCY   *
Washington, D.C. 20505         *
                                 *
     Defendant.                *
*  *  *  *  *  *  *  *  *  *  *  *

**ORDER**

Upon consideration of Plaintiff's Motion for Leave to File Complaint Using Counsel's Address in Violation of LCvR 5.1 (e), and the entire record herein, it is this 3rd day of March 2006, hereby

ORDERED, that plaintiff's Motion is granted.

_____
UNITED STATED DISTRICT JUDGE