# EXHIBIT "1"

| | |
|---|---|
| Subject: | Re: Waters v. CIA, Civil Action No 06-383 (D.D.C.)(RBW) |
| Date: | 3/4/2006 5:06:36 PM Eastern Standard Time |
| From: | ZaidMS |
| Reply To: | |
| To: | prb@ucia.gov |
| CC: | ZaidMS, davidvz@ucia.gov |

Please see the attached letter, a copy of which is reprinted below for your convenience.

4 March 2006

VIA E-MAIL

Richard Puhl
Chairman, Publications Review Board
Central Intelligence Agency
1H11 1P Building
Washington, D.C. 20505

Re: Waters v. CIA, Civil Action No. 06-383 (D.D.C.)(RBW)

Dear Mr. Puhl:

On Monday, 6 March 2006, I will be filing a motion for temporary restraining order and/or preliminary injunction. As part of that motion I intend to include copies of the correspondence that was exchanged between your Office and my client.

As you know, at no time during the last two years did anyone at the CIA raise any concerns or comments regarding a classification issue with respect to the contents of Mr. Waters' correspondence that was submitted to the PRB. Although I am under no obligation to protect the contents of these materials, I am extending an invitation for you to inform me whether the Agency now holds any classification concerns with these documents being made part of the open public record.

Due to the time sensitivity, and this being the weekend, I can understand that you might not be able to reach me before I file the motion. Therefore, should I not hear from you before that time, as a good faith precaution, I will have Mr. Waters' correspondence initially filed under seal and we can address the situation afterwards.

Furthermore, you are hereby instructed that the CIA is not permitted to file any copies, draft or final, of the manuscript with the Court except under seal due to the propriety nature of the copyrighted contents. Failure to abide by this instruction will result in immediate additional legal action being filed against your Agency.

I plan to file the most recently reviewed redacted copy of Mr. Waters' manuscript, which was returned with your letter dated 16 February 2006, under seal with the Court. I will also notify the

Court that either Mr. Waters or the CIA will submit an unredacted manuscript for the Judge's review. I am not in possession of an unredacted copy, nor will I have Mr. Waters provide one to me unless the Court resolves that issue in our favor or the Agency agrees to allow my access.

If you have any questions, or wish to discuss any of the above with me, please do not hesitate to either e-mail me or contact me on my cell phone at 202-498-0011. I am available throughout the weekend should anyone receive this letter.

Sincerely,

/s/

Mark S. Zaid

_____
This electronic mail (e-mail) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this e-mail by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this e-mail in error, please notify me immediately by telephone, facsimile or e-mail and purge the original and all copies thereof. Thank you.

Mark S. Zaid, Esq.
Krieger & Zaid, PLLC
1920 N Street, N.W.
Suite 300
Washington, D.C. 20036
(202) 454-2809 direct
(202) 223-9050 main
(202) 293-4827 fax

| | |
|---|---|
| Subject: | Re: Waters v. CIA, Civil Action No 06-383 (D.D.C.)(RBW) |
| Date: | 3/6/2006 1:08:51 PM Eastern Standard Time |
| From: | mailto:ZaidMS |
| Reply To: | |
| To: | prb@ucia.gov |
| CC: | davidvz@ucia.gov, ZaidMS |

Mr. Puhl –

As a follow-up to my letter dated March 4, 2006, regarding the court filing of Mr. Waters' correspondence with the PRB, please be advised that a short delay will likely cause the filing for a preliminary injunction to occur tomorrow rather than today.

I await any response the CIA/PRB wishes to provide. Please be advised that the Court is being made aware of this correspondence and any responses, or lack thereof.

Mark S. Zaid

_____

This electronic mail (e-mail) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this e-mail by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this e-mail in error, please notify me immediately by telephone, facsimile or e-mail and purge the original and all copies thereof. Thank you.

Mark S. Zaid, Esq.
Krieger & Zaid, PLLC
1920 N Street, N.W.
Suite 300
Washington, D.C. 20036
(202) 454-2809 direct
(202) 223-9050 main
(202) 293-4827 fax