UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS WATERS, JR           * | |
| *  | |
| Plaintiff,           * | |
| *  | Civil Action No: 06-383 (RBW) |
| v.           * | |
| * | |
| CENTRAL INTELLIGENCE AGENCY   * | |
| * | |
| Defendant.       * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of Plaintiff's Motion to Seal Certain Exhibits, and the entire record herein, it is this _____ day of March 2006, hereby

ORDERED, that plaintiff's Motion is granted; and further

ORDERED, that Exhibits "2", "3a", "4", "6a", "7", "8", "10b" and "25" associated with Plaintiff's Motion for Permanent Injunction Or, Alternatively, for Preliminary Injunction are hereby SEALED until such times as this Court declares otherwise or the parties mutually agree as to their disposition.

_____
UNITED STATED DISTRICT JUDGE