UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS WATERS, JR | * |
| Plaintiff, | * |
| v. | * Civil Action No: 06-383 (RBW) |
| CENTRAL INTELLIGENCE AGENCY | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF EXHIBITS AVAILABLE FOR PUBLIC VIEWING

With respect to the plaintiff's Motion for Permanent Injunction Or, Alternatively, for Preliminary Injunction, the following exhibits are available for public viewing in the Clerk's Office from 9:00 A.M. to 4:00 P.M. Mondays through Fridays:

Exhibits 1, 3, 5, 6, 9, 10a, 11-24, 26-31[1]

Date:   March 9, 2006

Respectfully submitted,

/s/
_____
Mark S. Zaid, Esq.
DC Bar #440532
Krieger & Zaid, PLLC
1920 N St., N.W.
Suite 300
Washington, D.C. 20036
(202) 454-2809
ZaidMS@aol.com

Attorney for Plaintiff

---

[1] The following exhibits are currently under seal and not available for public viewing: Exhibits 2, 3a, 4, 6a, 7, 8, 10b and 25. Certain of these exhibits may later become available for public viewing.