UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS WATERS, JR            *
                             *
    Plaintiff,               *
                             *    Civil Action No: 06-383 (RBW)
    v.                       *
                             *
CENTRAL INTELLIGENCE AGENCY  *
                             *
    Defendant.               *
*  *  *  *  *  *  *  *  *  *  *  *

### NOTICE OF EXHIBITS UNAVAILABLE FOR PUBLIC VIEWING

With respect to the plaintiff's Motion for Permanent Injunction Or, Alternatively, for Preliminary Injunction, the following exhibits are currently under seal and unavailable for public viewing:

Exhibits 2, 3a, 4, 6a, 7, 8, 10b and 25.

Certain of these exhibits may later become available for public viewing.[1]

Date:   March 9, 2006

                                        Respectfully submitted,

                                            /s/
                                        _____
                                        Mark S. Zaid, Esq.
                                        DC Bar #440532
                                        Krieger & Zaid, PLLC
                                        1920 N St., N.W.
                                        Suite 300
                                        Washington, D.C. 20036
                                        (202) 454-2809
                                        ZaidMS@aol.com

                                        Attorney for Plaintiff

---

[1] The following exhibits are available for public viewing in the Clerk's Office from 9:00 A.M. to 4:00 P.M. Mondays through Fridays: Exhibits 1, 3, 5, 6, 9, 10a, 11-24, 26-31.