**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THOMAS WATERS, JR | * |
| | * |
| Plaintiff, | * |
| | *   Civil Action No: 06-383 (RBW) |
| v. | * |
| | * |
| CENTRAL INTELLIGENCE AGENCY | * |
| | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S MOTION FOR A PERMANENT INJUNCTION**
**OR, ALTERNATIVELY, FOR PRELIMINARY INJUNCTION**

**(HEARING REQUESTED)**

Plaintiff Thomas Waters, Jr., by his undersigned counsel, respectfully moves this Court pursuant to LCvR 65.1 for a Permanent Injunction or, alternatively, a Preliminary Injunction against the defendant Central Intelligence Agency ("CIA") in order to prevent continuing and further infringement of his First Amendment constitutional rights.

Plaintiff is entitled to this relief because:

a. it is a justiciable issue before this court in that the CIA's decisions violates the U.S. Constitution, federal law, Presidential Executive Orders and CIA's own regulations.

b. there is an actual and/or substantial likelihood Waters will succeed on the merits of his case because there is no dispute that the CIA's Publication Review Board had previously determined that portions of the manuscript now allegedly at issue were approved for dissemination as unclassified and did not need to be resubmitted for review, and the more recent modifications were all supported by publicly available source information or previously approved information (including nothing more than grammatical and other types of corrections made by the publisher), and therefore are unclassified;

 c. Waters' faces irreparable injury by the CIA's infringement of his sacred First Amendment rights, as well as significant financial harm and possible criminal and civil penalties;

 d. public interest will be furthered by granting the injunction because the public has an interest in ensuring that the constitutional rights, particularly that covered by the First Amendment which serves as the foundation of our nation's creation, are protected from abuse, and in requiring federal agencies such as the CIA to abide by all regulatory and statutory obligations.

For these and other reasons as set forth in the accompanying Memorandum in Support, and other reasons as may be developed at a hearing, plaintiff respectfully requests this Court grant his motion enjoining the CIA from infringing upon his First Amendment rights. A statement of facts which make expedition essential and a proposed Order accompanies this Motion.

Date: March 7, 2006

                Respectfully submitted,

                /s/

                _____
                Mark S. Zaid, Esq.
                DC Bar #440532
                Krieger & Zaid, PLLC
                1920 N St., N.W.
                Suite 300
                Washington, D.C. 20036
                (202) 454-2809
                ZaidMS@aol.com

                Attorney for Plaintiff