# EXHIBIT "1"

## Declaration of Thomas J. Waters

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS WATERS, JR          *
                           *
     Plaintiff,            *
                           *   Civil Action No: 06-383 (RBW)
     v.                    *
                           *
CENTRAL INTELLIGENCE AGENCY *
                           *
     Defendant.            *
*   *   *   *   *   *   *   *   *   *   *   *

### DECLARATION OF THOMAS J. WATERS, JR.

The undersigned hereby declares as follows:

1. I am a person over eighteen (18) years of age and competent to testify. I make this Declaration on personal knowledge. This Declaration is submitted in support of the plaintiff's Motion for Permanent Injunction Or, Alternatively, for Preliminary Injunction.

2. I am the plaintiff in this matter.

3. I have reviewed the Complaint that was filed in my action on March 3, 2006. As to the factual contents alleged in the Complaint, I hereby certify they are accurate to the best of my knowledge.

I do solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge.

Date: March 6, 2006

/s/
_____
Thomas J. Waters, Jr.