# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS WATERS, JR        * | |
|        * | |
|     Plaintiff,         * | |
|        * | Civil Action No: 06-383 (RBW) |
|     v.         * | |
|        * | |
| CENTRAL INTELLIGENCE AGENCY    * | |
|        * | |
|     Defendant.        * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of Plaintiff's Motion for a Permanent Injunction Or, Alternatively, a Preliminary Injunction, and the entire record herein, it is this _____ day of _____ 2006, hereby

     ORDERED, that plaintiff's Motion for a permanent injunction is granted; and further

     ORDERED, that the plaintiff may immediately disseminate and publish his manuscript; and further

     ORDERED, that the CIA is enjoined from initiating civil or criminal proceedings against the plaintiff for past or future dissemination or publication of any text within his manuscript; and further

     ORDERED, that plaintiff is entitled to the costs of the action and reasonable attorney fees, the amount of which is to be determined at a later date.

_____
UNITED STATED DISTRICT JUDGE