UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS WATERS, JR., )  No. 1:06cv00383-RBW
) 
) NOTICE OF APPEARANCE ON
Plaintiff, ) BEHALF OF DEFENDANT
)
v. )
)
CENTRAL INTELLIGENCE AGENCY, )
)
Defendant. )
)

Please take notice of the appearance of the following attorney as counsel for defendant:

David M. Glass, DC Bar 544549
Attorney, Department of Justice
20 Massachusetts Avenue, N.W., Room 7140
Washington, D.C. 20530
Tel: (202) 514-4469/Fax (202) 616-8470
E-mail: david.glass@usdoj.gov

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General
        KENNETH L. WAINSTEIN
        United States Attorney
        VINCENT M. GARVEY
        Deputy Branch Director

        /s/ David M. Glass
        DAVID M. GLASS, DC Bar 544549
        Attorney, Department of Justice
        20 Mass. Ave., N.W., Room 7140
        Washington, D.C. 20530
        Tel: (202) 514-4469/Fax: (202) 616-8470
        E-mail: david.glass@usdoj.gov

Dated: March 14, 2006        Attorneys for Defendant