UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS WATERS, JR., </br></br> Plaintiff, </br></br> v. </br></br> CENTRAL INTELLIGENCE AGENCY, </br></br> Defendant. | No. 1:06cv00383-RBW </br></br> DEFENDANT'S MOTION FOR EXTENSION OF TIME AND POINTS AND AUTHORITIES IN SUPPORT THEREOF |

Defendant, the Central Intelligence Agency, hereby moves for an order extending through March 17, 2006, its time to file its response to plaintiff's motion for a permanent injunction or, alternatively, for preliminary injunction.

Plaintiff commenced this action on March 3, 2006. On March 7, 2006, he served the United States Attorney with the complaint and with his motion for a permanent injunction or, in the alternative, for preliminary injunction. Defendant's undersigned counsel received the complaint and plaintiff's motion on March 10, 2006. Because of the shortness of time, defendant's undersigned counsel asked plaintiff's counsel whether he would consent to an extension through March 28, 2006, of defendant's time to respond to the motion. By e-mail dated March 10, 2006, plaintiff's counsel responded by saying that he "absolutely oppose[d] any extension of time in this case."

Accordingly, defendant's undersigned counsel strove to complete and file defendant's response to plaintiff's motion by March 14, 2006, the deadline for doing so. A draft of the response has been completed, but additional time is required to resolve certain issues created by plaintiff's motion to seal certain exhibits and to put the draft into final form. Accordingly,

defendant requests that its time to file its response to plaintiff's motion be extended through March 17, 2006.

                                              Respectfully submitted,

                                              PETER D. KEISLER
                                              Assistant Attorney General
                                              KENNETH L. WAINSTEIN
                                              United States Attorney
                                              VINCENT M. GARVEY
                                              Deputy Branch Director

                                              */s/ David M. Glass*
                                              DAVID M. GLASS, DC Bar 544549
                                              Attorney, Department of Justice
                                              20 Mass. Ave., N.W., Room 7140
                                              Washington, D.C. 20530
                                              Tel: (202) 514-4469/Fax: (202) 616-8470
                                              E-mail: david.glass@usdoj.gov
Dated: March 14, 2006                        Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS WATERS, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CENTRAL INTELLIGENCE AGENCY, ) <br> ) <br> Defendant. ) <br> ) | No. 1:06cv00383-RBW <br><br> ORDER |

Upon defendant's motion for extension of time, the materials submitted in support thereof and in opposition thereto, and good cause having been shown, it is hereby ordered as follows:

1. Defendant's aforesaid motion is hereby granted.

2. Defendant's time to file its response to plaintiff's motion for a permanent injunction or, alternatively, for preliminary injunction is hereby extended through March 17, 2006.


Date: _____          _____
                                      UNITED STATES DISTRICT JUDGE