UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THOMAS WATERS, JR., | ) | No. 1:06cv00383-RBW |
| | ) | |
| | ) | DEFENDANT'S MOTION FOR |
| Plaintiff, | ) | LEAVE TO FILE CERTAIN |
| | ) | DOCUMENTS ON THE PUBLIC |
| v. | ) | RECORD AND POINTS AND |
| | ) | AUTHORITIES IN SUPPORT |
| CENTRAL INTELLIGENCE AGENCY, | ) | THEREOF |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant, the Central Intelligence Agency, hereby moves for an order granting it leave to file the following documents on the public record in this case: a redacted copy of exhibit 4 to plaintiff's motion for a permanent injunction or, alternatively, for preliminary injunction (Injunction Motion), minus the attachments to that exhibit, and a redacted copy of exhibit 7 to the Injunction Motion. If defendant's aforesaid motion is not ruled upon prior to close of business March 17, 2006, defendant further moves for an extension of its time to file its response to the Injunction Motion until one business day after defendant's aforesaid motion is ruled upon.

By minute order dated March 16, 2006, the Court granted plaintiff's motion to seal certain exhibits to the Injunction Motion. That order encompasses exhibits 4 and 7 to the Injunction Motion. Defendant has prepared a response to the Injunction Motion that discusses exhibits 4 and 7. To permit that response to be filed on the public record, defendant's undersigned counsel asked plaintiff's counsel on March 15, 2006, whether he would object to the filing on the public record of a redacted version of exhibit 4 to the Injunction Motion, minus its exhibits, and a redacted version of exhibit 7. Plaintiff's counsel said he would not object. Leave to file those materials on the public record is therefore requested.

By minute order dated March 15, 2006, the Court extended through March 17, 2006, the time of defendant to file its response to the Injunction Motion. If the Court does not rule upon defendant's motion for leave to file the above materials on the public record prior to close of business March 17, 2006, defendant asks that its time to file its response to the Injunction Motion be extended until one day after the Court rules upon defendant's motion.

Plaintiff's counsel advises that he objects to any further extension of defendant's time to file its response to the Injunction Motion but otherwise does not object to the relief that defendant hereby seeks.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General
KENNETH L. WAINSTEIN
United States Attorney
VINCENT M. GARVEY
Deputy Branch Director

DAVID M. GLASS, DC Bar 544549
Attorney, Department of Justice
20 Mass. Ave., N.W., Room 7140
Washington, D.C. 20530
Tel: (202) 514-4469/Fax: (202) 616-8470
E-mail: david.glass@usdoj.gov
Attorneys for Defendant

Dated: March 16, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THOMAS WATERS, JR.,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:06cv00383-RBW<br><br>ORDER |

Upon defendant's motion for leave to file certain documents on the public record, the

materials submitted in connection therewith, and good cause having been shown, it is hereby

ordered as follows:

1. Defendant's aforesaid motion is hereby granted.

2. Defendant is hereby granted leave to file the following documents on the public record

in this case: a redacted copy of exhibit 4 to plaintiff's motion for a permanent injunction or,

alternatively, for preliminary injunction (Injunction Motion), minus the attachments to that

exhibit, and a redacted copy of exhibit 7 to the Injunction Motion.

3. If defendant's aforesaid motion is not ruled upon prior to close of business March 17,

2006, the time of defendant to file its response to the Injunction Motion is hereby extended until

one business day after defendant's aforesaid motion is ruled upon.

Date: _____          _____
                                        UNITED STATES DISTRICT JUDGE