UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS WATERS, JR.,<br><br>                Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>                Defendant. | No. 1:06cv00383-RBW<br><br>NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION TO SEAL |

Defendant's motion to seal is no longer necessary in view of the granting pursuant to minute order dated April 5, 2006, of defendant's motion for leave to file certain documents on the public record. Defendant hereby withdraws its motion to seal.

                Respectfully submitted,

                PETER D. KEISLER
                Assistant Attorney General
                KENNETH L. WAINSTEIN
                United States Attorney
                VINCENT M. GARVEY
                Deputy Branch Director

                */s/ David M. Glass*
                DAVID M. GLASS, DC Bar 544549
                Attorney, Department of Justice
                20 Mass. Ave., N.W., Room 7140
                Washington, D.C. 20530
                Tel: (202) 514-4469/Fax: (202) 616-8470
                E-mail: david.glass@usdoj.gov
Dated: April 5, 2006          Attorneys for Defendant