# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS WATERS, JR      * | |
|                                        * | |
|     Plaintiff,                * | |
|                                        * | Civil Action No: 06-383 (RBW) |
| v.                                   * | |
|                                        * | |
| CENTRAL INTELLIGENCE AGENCY      * | |
|                                        * | |
|     Defendant.             * | |

*   *   *   *   *   *   *   *   *   *   *   *

## PLAINTIFF'S REQUEST FOR STATUS CONFERENCE OR OTHER RELIEF

Plaintiff Thomas Waters, Jr., ("Waters") filed this case on March 3, 2006, to challenge the defendant Central Intelligence Agency's ("CIA") infringement of his First Amendment rights through its efforts to prevent publication of his book *Class 11: Inside the CIA's First Post-9/11 Spy Class* (Dutton: 2006). *Class 11* was originally scheduled for publication on April 6, 2006, but has been delayed due to the CIA's actions.

On March 7, 2006, Waters filed a Motion for Permanent Injunction Or, Alternatively, for Preliminary Injunction. He additionally contemporaneously submitted a Request for Hearing Accompanied by a Statement of Facts Which Make Expedition Essential with Respect to Plaintiff's Motion for Permanent Injunction Or, Alternatively, for Preliminary Injunction (filed March 7, 2006).[1] The CIA responded, following a short extension, with

---

[1] LCvR 65.1 (d) states that "[o]n request of the moving party together with a statement of facts which make expedition essential, a hearing on an application for preliminary injunction shall be set by the court no later than 20 days after its filing, unless the court earlier decides the motion on the papers or makes a finding that a later hearing date will not prejudice the parties." (emphasis added). The twenty day period elapsed on March 27, 2006, without a hearing having been held, a decision rendered on the papers or a "finding" that a later hearing date would not prejudice the parties. To date, no action on the Motion or Request has been made by the Court, which is prejudicial to Waters' First Amendment rights and further delays the publication of his book.

its Opposition on March 17, 2006. No substantive action has occurred on Waters' Motion since the CIA's filing.

As time has passed prejudicial actions against Waters have occurred and continue to occur. Amazon.com, which is distributing the book online, has sent all customers who placed advance orders a notice that they may cancel their orders due to the continuing delay associated with the book's publication. Additionally, the publisher, Dutton, a division of Penguin Group (USA), has informed Waters that because of the delay in releasing the book their system automatically recently canceled all pending orders. Dutton's sales force will now have to re-solicit orders when or if a new publication date is ever set. Currently, publication of the book could not occur earlier than June 8, 2006, but to meet that date would require an immediate favorable decision. Beyond that, and if any change to the text were required, publication would take a further 3-4 months.

With all due respect to the Court and its schedule, the further delay of any proceedings significantly harms and further dilutes Waters' fragile First Amendment rights.[2] Therefore, at a minimum, Waters respectfully seeks the timely scheduling of a status conference in order to discuss possible options for further proceedings in this case.

---

[2] Action for Children's Television v. FCC, 59 F.3d 12449, 1259 (D.C. Cir. 1995)(finding that "possibility that the agency's actions might similarly run afoul of the first amendment demands prompt judicial scrutiny") cert. denied, 116 S.Ct. 773 (1996); Bernard v. Gulf Oil Co., 619 F.2d 495, 470 (5th Cir. 1980), aff'd, 452 U.S. 89 (1981) ("Fragile First Amendments rights are often lost or prejudiced by delay….Court have therefore been commendably willing to expedite proceedings involving First Amendment rights"); National Student Ass'n v. Hershey, 412 F.2d 1103, 1115 (D.C.Cir. 1969) (recognizing "urgency of prompt protection for frail First Amendment interests"); Potwora v. Dillon, 386 F.2d 7, 76 (2d Cir. 1967)(hearing case on expedited basis "[i]n light of plaintiffs' representation that the order deprived them of important First Amendment rights")

Waters' counsel has contacted the CIA's counsel and he does not object to this request for a status conference.

Date:   April 18, 2006

                Respectfully submitted,

                    /s/

                _____
                Mark S. Zaid, Esq.
                DC Bar #440532
                Krieger & Zaid, PLLC
                1920 N St., N.W.
                Suite 300
                Washington, D.C. 20036
                (202) 454-2809
                ZaidMS@aol.com

                Attorney for Plaintiff