UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS WATERS, JR * | |
| * | |
| Plaintiff, * | |
| * | Civil Action No: 06-383 (RBW) |
| v. * | |
| * | |
| CENTRAL INTELLIGENCE AGENCY * | |
| * | |
| Defendant. * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF FILING OF LETTER TO DEFENDANT'S COUNSEL

The plaintiff, by and through his undersigned counsel, respectfully files the attached letter to defendant's counsel which is relevant to the oral arguments heard on April 20, 2006, and the forthcoming status conference of May 9, 2006.

Date:   April 20, 2006

                                        Respectfully submitted,

                                        /s/
                                        _____
                                        Mark S. Zaid, Esq.
                                        DC Bar #440532
                                        Krieger & Zaid, PLLC
                                        1920 N St., N.W.
                                        Suite 300
                                        Washington, D.C. 20036
                                        (202) 454-2809
                                        ZaidMS@aol.com

                                        Attorney for Plaintiff