# KRIEGER & ZAID, PLLC

Attorneys-At-Law

1920 N STREET, N.W.
SUITE 300
WASHINGTON, DC 20036
_____

TELEPHONE (202) 223-9050
FACSIMILE (202) 223-9066

MARK S. ZAID, ESQ.
WRITER'S DIRECT DIAL: (202) 454-2809
EMAIL: ZaidMS@aol.com

April 20, 2006

VIA E-MAIL

David Glass
Federal Programs Branch
Civil Division
U.S. Department of Justice
20 Massachusetts Avenue, N.W.
Room 7140
Washington, D.C. 20530

Re: Waters v. CIA, Civil Action No. 06-383 (D.D.C.)(RBW)

Dear Mr. Glass:

    As a follow-up to our appearance today before the Honorable Reggie Walton in the above matter, I find it necessary to elaborate on our position regarding the extent to which the CIA issued "final" approval of certain submissions made by Thomas Waters. Because this elaboration is directly relevant to the upcoming May 9, 2006, status conference, I am taking the liberty of filing this letter with the Court so that it is aware of Mr. Waters' position and questions below.

    Our primary discussion today centered on the PRB's letter dated September 20, 2004, which we believe constituted final approval of the manuscript text in existence at the time. As you are aware, Mr. Waters did provide the PRB with minor additional modifications subsequent to that date. The PRB's decision letter dated February 15, 2006, substantively addressed those newer submissions and, while rejecting some, formally approved the majority of them for publication, thus placing these specific revisions in an identical legal/factual posture to that of the text approved on September 20, 2004.

    Therefore, at or before the May 9, 2006, court appearance we would respectfully ask that the CIA also explicitly set forth its position on whether Mr. Waters is free to publish the recently approved text once he certifies, if necessary, that any requested alterations to the text were made.

    For your information, Mr. Waters has informed me that he does believe he has a copy of the manuscript as it existed following the CIA's approval of September 20, 2004. Please let me know if the CIA cannot locate a copy. If not, we will be pleased to supply the CIA with another copy.

    Furthermore, would you please have the CIA indicate whether or not the relevant letters Mr. Waters submitted to the PRB which are part of his Motion exhibits must continue to remain under seal and unavailable to the public.

    Finally, I offer one thought for the CIA to consider as it contemplates its next position regarding what constitutes "final approval" for dissemination of a manuscript that has undergone PRB review. The PRB has openly stated that it expects its former employees to submit galley proofs, which is the last stage before a book is actually published, of their manuscripts for review before an alleged "final" CIA approval is granted.

    Exactly how would a book reach the galley stage of the publication process with a publisher without the CIA having *consented* previously to the dissemination of the obviously unclassified draft versions of any manuscript?

    Thank you for your consideration. If you have any questions, please do not hesitate to contact me.

                                                      Sincerely,

                                                      /s/

                                                    Mark S. Zaid

cc: Honorable Reggie Walton