UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THOMAS WATERS, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>    Defendant. | )  No. 1:06cv00383-RBW<br>)<br>)  DEFENDANT'S UNOPPOSED<br>)  MOTION FOR EXTENSION OF<br>)  TIME AND POINTS AND<br>)  AUTHORITIES IN SUPPORT<br>)  THEREOF<br>)<br>)<br>)<br>) |

Defendant, the Central Intelligence Agency, hereby moves for an order extending through May 15, 2006, its time to file its answer to the complaint.

The complaint in this action was served upon the U.S. Attorney on March 7, 2006. Accordingly, the answer is due on May 8, 2006. *See* Fed. R. Civ. P. 6(a), 12(a)(3)(A). Defendant's undersigned counsel will be out of town from May 5 to May 8, 2006. Accordingly, he had planned to file the answer on May 4, 2006. However, the draft of the answer that he has completed is still undergoing administrative review. To permit the completion of that review, defendant requests that its time to file the answer be extended through May 15, 2006.

Counsel for plaintiff advises that he does not oppose the extension of time that defendant hereby seeks.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General
KENNETH L. WAINSTEIN
United States Attorney
VINCENT M. GARVEY
Deputy Branch Director

/s/ David M. Glass
_____
DAVID M. GLASS, DC Bar 544549
Attorney, Department of Justice
20 Mass. Ave., N.W., Room 7140
Washington, D.C. 20530
Tel: (202) 514-4469/Fax: (202) 616-8470
E-mail: david.glass@usdoj.gov

Dated: May 4, 2006                     Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS WATERS, JR., ) | No. 1:06cv00383-RBW |
| ) | |
| Plaintiff, ) | ORDER |
| ) | |
| v. ) | |
| ) | |
| CENTRAL INTELLIGENCE AGENCY, ) | |
| ) | |
| Defendant. ) | |

Upon defendant's unopposed motion for extension of time and good cause having been shown, it is hereby ordered as follows:

1. Defendant's aforesaid motion is hereby granted.

2. The time of defendant to file its answer to the complaint is hereby extended through May 15, 2006.


Date: _____        _____
                                      UNITED STATES DISTRICT JUDGE