UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THOMAS WATERS, JR | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No: 06-383 (RBW) |
| v. | * | |
| | * | |
| CENTRAL INTELLIGENCE AGENCY | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S SUBMISSION REGARDING STATUS OF NEGOTIATIONS

Plaintiff Thomas Waters, Jr., ("Waters"), by and through his undersigned counsel, respectfully submits to the Court this status update regarding the settlement negotiations concerning Waters' manuscript. Following the initial hearing on April 20, 2006, the parties have now undertaken two efforts during the period April 20, 2006 – May 9, 2006, and then again following a status conference from May 9 – 23, 2006, to try and reach an acceptable accommodation with respect to the publication of Waters' manuscript.

No significant or real progress was made that would allow any reasonable publication of the manuscript. Therefore, Waters respectfully requests that the Court issue a ruling on his Motion for Permanent Injunction Or, Alternatively, for Preliminary Injunction (filed March 7, 2006).

Date:   May 23, 2006

                                                                         Respectfully submitted,

                                                                          /s/

                                                    _____
                                                   Mark S. Zaid, Esq. (DC Bar #440532)
                                                   Krieger & Zaid, PLLC
                                                   1920 N St., N.W., Suite 300
                                                   Washington, D.C. 20036
                                                   (202) 454-2809; ZaidMS@aol.com

                                                   Attorney for Plaintiff