# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS WATERS, JR * <br> * <br> Plaintiff, * <br> * <br> v. * <br> * <br> CENTRAL INTELLIGENCE AGENCY * <br> * <br> Defendant. * | Civil Action No: 06-383 (RBW) |

\* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STIPULATION OF DISMISSAL OF ACTION

The parties, by and through their undersigned counsel, hereby submit this Joint Stipulation of Dismissal pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure, to effect a dismissal of this case without prejudice.

Any attorney's fees and costs will be borne separately by each respective party.

Date: June 2, 2006

Respectfully Submitted,

/s/
_____
Mark S. Zaid, Esq.
KRIEGER & ZAID, PLLC
D.C. Bar #440532
1920 N Street, N.W.
Suite 300
Washington, D.C. 20006
(202) 454-2809

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General
KENNETH L. WAINSTEIN
United States Attorney
VINCENT M. GARVEY
Deputy Branch Director

/s/
_____
David M. Glass, DC Bar #544549
Attorney, Department of Justice
20 Mass. Ave., N.W., Room 7140
Washington, D.C. 20530
(202) 514-4469

Attorney for Defendant