UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THOMAS WATERS, JR. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CENTRAL INTELLIGENCE AGENCY, ) <br> ) <br> Defendant ) | Civil Action No. 06-383 (RBW) |

### ORDER

This matter is before the Court on the plaintiff's Motion for Permanent Injunction or Alternatively, for Preliminary Injunction [D.E. # 7]. After careful review of the papers and hearing argument of counsel it is hereby

**ORDERED** that plaintiff's motion is Denied. It is further

**ORDERED** that the defendant shall file its Motion for Summary Judgment on or before July 28, 2006, the plaintiff's opposition is due on or before August 25, 2006, and the defendant may file a reply on or before September 8, 2006. It is further

**ORDERED** that a status conference shall be held in this matter on December 8, 2006 at 9:30 a.m. It is further

**ORDERED** that this schedule shall not be modified, even where all parties consent, except upon a showing of good cause and by leave of the Court. Fed. R. Civ. P. Rule 16(b); LCvR 16.4(b); see also Olgyay v. Society for Environmental Graphic Design, Inc., 169 F.R.D. 219, 219-20 (D.D.C. 1996).

**SO ORDERED** on this 2nd day of June, 2006.

                                    REGGIE B. WALTON
                                    United States District Judge